UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ELMER SIMMONS,<br><br>Plaintiff,<br><br>V.<br><br>ENCORE CAPITAL GROUP, INC., *et al.*,<br><br>Defendants. | ) | No. 3:13-CV-113<br>(HOOD/GUYTON) |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is Defendant Ashley Lashinski's Motion to Stay Pretrial Deadlines [Doc. 14]. Ms. Lashinski moves the Court to stay the pretrial deadlines set forth in the Federal Rules of Civil Procedure and the Local Rules until the Court rules upon the Motions to Dismiss filed in this action.

The Court finds that no party has responded in opposition to the Motion to Stay, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1(a), Fed. R. Civ. P. 6(d), 5(b)(2)(E). The Court may treat the lack of opposition during the time allowed under the rule as acquiescence to the relief sought. See E.D. Tenn. L.R. 7.2; see also Campbell v. McMinn County, 2012 WL 369090 (E.D. Tenn. 2012). Moreover, the Court finds that the stay of pretrial deadlines is appropriate given the jurisdictional issues raised in Ms. Lashinski's Motion to Dismiss [Docs. 8, 17].

Accordingly, the Court finds that the Motion to Stay Pretrial Deadlines **[Doc. 14]** is well-taken, and it is **GRANTED**. The pretrial deadlines set forth in the Federal Rules of Civil Procedure and the Local Rules are **STAYED** until the Court rules upon the Motions to Dismiss [Docs. 8, 17]. Upon such ruling, the stay will be **EXTINGUISHED**, and any remaining parties **SHALL RESUME** preparation of this case for trial in accordance with the applicable deadlines.

**IT IS SO ORDERED.**

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge